# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wanda M. Krasowski, in her individual and representative capacity as trustee of the P. Krasowski Living Trust; Paul Rodney, in his individual and representative capacity as trustee of the P. Krasowski Living Trust; Mike Almonte; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:14-CV-01825-JGB-SP<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: October 3, 2014

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1

Notice for Dismissal　　Case: 5:14-CV-01825-JGB-SP